**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

VILLAGE OF MILFORD,

      Plaintiff,

v.                                          Case No. 99-70950

K-H HOLDING CORPORATION,
a foreign corporation, and TRW, INC.,
A foreign corporation,

      Defendants.
_____/

**ORDER TAKING UNDER ADVISEMENT PLAINTIFF'S MOTION FOR RELIEF FROM ORDER OF DISMISSAL WITH PREJUDICE AND SETTING TELEPHONE CONFERENCE**

Before the court is Plaintiff's "Motion for Relief from Order of Dismissal With Prejudice and to Extend 'Without Prejudice' Period." [Dkt. #205]. The matter is fully briefed, and the court conducted a hearing on the motion on November 20, 2013. During the hearing, the court suggested--and the parties agreed--that the motion should be taken under advisement until March of 2014, to allow the parties time to complete certain obligations under the relevant agreement of sale. The court will conduct a telephone conference in March to determine whether the motion then needs to be resolved or terminated as moot. For the reasons stated further on the record,

IT IS ORDERED that Plaintiff's "Motion for Relief from Judgment or Order" [Dkt. # 205] is TAKEN UNDER ADVISEMENT.

IT IS FURTHER ORDERED that the parties shall participate in a telephone conference on **March 13, 2014, at 10:00 a.m.** The court will place the call.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: November 25, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 25, 2013, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522